28552. AUSTIN *v.* CARY *et al.*

FELTON, J. A petition at common law, filed by an employee against a contractor and a subcontractor, seeking to recover "compensation" for an injury to the employee, not alleged to have been due to the negligence of either or both of the defendants, set forth no cause of action, and was properly dismissed on general demurrer.

*Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*

DECIDED OCTOBER 16, 1940.

*Joseph S. Crespi,* for plaintiff.